IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| OLD DOMINION ELECTRIC COOPERATIVE,<br><br>　　　　　　　　　　　　　Plaintiff.<br><br>　　　　v.<br><br>RAGNAR BENSON, INC.,<br><br>　　　　　　　　　　　　　Defendant. | Civil Action Number 3:05CV034-JRS |

## ORDER

THIS MATTER comes before the Court on Plaintiff Old Dominion Electric Cooperative's Motion to Compel responses to Interrogatories and Requests for Production of Documents propounded to Defendant Ragnar Benson, Inc. on February 18, 2005. Upon due consideration, and for the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion is hereby GRANTED. Defendant's answers and production obligations identified in the Court's Memorandum Opinion are due to Plaintiff on or before Monday, June 6, 2005.

Furthermore, the Court FINDS that Plaintiff is entitled to recover its reasonable expenses, including attorney's fees, incurred in connection with the instant motion. See Fed. R. Civil P. 37(a)(4)(A). Plaintiff is DIRECTED file with the Court an itemized list of its expenses and fees on or before Friday, May 27, 2005. As to the attorneys' fees, the list should identify the attorney, the amount of time billed, the nature of the work performed and his or her hourly rate. Defendant shall respond to Plaintiff's submission on or before Monday, June 6, 2005.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this 23rd  day of MAY, 2005

      /s/ James R. Spencer
UNITED STATES DISTRICT JUDGE