IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

OLD DOMINION ELECTRIC COOPERATIVE,

    Plaintiff.

v.    Civil Action Number 3:05CV034-JRS

RAGNAR BENSON, INC.,

    Defendant.

## **ORDER**

THIS MATTER comes before the Court pursuant to the Court's Order of May 24, 2005 and in accordance with Federal Rule of Civil Procedure 37(a)(4)(A). By the May 24 Order, the Court granted Plaintiff Old Dominion Electric Cooperative's Motion to Compel responses to interrogatories and requests for production of documents. In addition, the Court found that Plaintiff was entitled to recover its reasonable expenses, including attorneys' fees, incurred in preparing, filing and presenting the Motion to Compel.

Having received Plaintiff's list of attorneys' fees, and hearing no objection from Defendant Ragnar Benson, Inc., the Court finds that Plaintiff made a good faith effort to obtain the discovery without the motion to compel, that the number of hours expended was reasonable and that the billing rate is appropriate. Accordingly, the Court hereby AWARDS Plaintiff its attorneys' fees in the amount of $5,025.00.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.


ENTERED this 15th  day of JUNE, 2005



    /s/ James R. Spencer
UNITED STATES DISTRICT JUDGE